```
                      UNITED STATES DISTRICT COURT
                        DISTRICT OF CONNECTICUT

------------------------------x
In re:                        :
                              :
VINCENT ANDREWS MANAGEMENT    : Civ. No. 3:08MC132(AWT)
CORP., ROBERT ANDREWS, and    :
VINCENT ANDREWS               :
                              :
         Debtors.             :
------------------------------x
VINCENT ANDREWS,              :
                              :
         Appellant,           :
     v.                       : Civ. No. 3:08CV778(AWT)
                              :
CHRISTOPHER MCCARRON,         :
                              :
         Appellee.            :
------------------------------x
ROBERT ANDREWS,               :
                              :
         Appellant,           :
     v.                       : Civ. No. 3:08CV779(AWT)
                              :
CHRISTOPHER MCCARRON,         :
                              :
         Appellee.            :
------------------------------x
VINCENT ANDREWS,              :
                              :
         Appellant,           :
     v.                       : Civ. No. 3:08CV780(AWT)
                              :
LAFFIT PINCAY, JR.,           :
                              :
         Appellee.            :
------------------------------x
ROBERT ANDREWS,               :
                              :
         Appellant,           :
     v.                       : Civ. No. 3:08CV781(AWT)
                              :
LAFFIT PINCAY, JR.,           :
                              :
         Appellee.            :
------------------------------x
```

### ORDER RE SCHEDULING SUBMISSION OF BRIEFS

At the request of Appellants Vincent Andrews and Robert Andrews, briefs in the above-entitled appeal shall be filed in accordance with

the following schedule:

    1.   Appellants' brief is due by December 21, 2009.

    2.   Appellees' brief is due by February 5, 2010.

    3.   Appellants' reply brief is due by February 26, 2010.

It is so ordered.

Dated this 19th day of November, 2009 at Hartford, Connecticut.

                                           /s/AWT

                                         Alvin W. Thompson
                              United States District Judge